FILED
MAR 14 2008
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:08cr57-MEF |
| ) | [18 USC 922(g)(1)] |
| DOUGLAS EUGENE MARTIN ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about June 16, 2007, in Chilton County, within the Middle District of Alabama,

DOUGLAS EUGENE MARTIN,

defendant herein, having been convicted of the following felony offense, a crime punishable by imprisonment for a term exceeding one year under the laws of the United States, to-wit:

> May 3, 1995, Felon in Possession of a Firearm, 18 United States Code, Section 922(g)(1), case number 2:94-cr-00243-WHA, in the United States District Court for the Middle District of Alabama;

did knowingly possess in and affecting commerce firearms, to-wit:

> 1) a Smith and Wesson, Model 5906, 9 mm pistol;
>
> 2) a Smith and Wesson, Model 60, .357 Magnum revolver; and
>
> 3) a Leinad, Model PM11, 9mm firearm;

better descriptions of which are unknown to the grand jury, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about October 13, 2007, in Chilton County, within the Middle District of Alabama,

DOUGLAS EUGENE MARTIN,

defendant herein, having been convicted of the following felony offense, a crime punishable by imprisonment for a term exceeding one year under the laws of the United States, to-wit:

> May 3, 1995, Felon in Possession of a Firearm, 18 United States Code, Section 922(g)(1), case number 2:94-cr-00243-WHA, in the United States District Court for the Middle District of Alabama;

did knowingly possess in and affecting commerce ammunition, to-wit:

> 1) fifty live rounds of CCI Blazer, .40 caliber ammunition;
>
> 2) seven live rounds of Federal Classic, .44 magnum ammunition; and
>
> 3) two live rounds of Remington, .223 caliber ammunition;

in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A. Counts 1-2 of this indictment are hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment the defendant,

### DOUGLAS EUGENE MARTIN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of these offenses, including but not limited to the following:

> 1.) a Smith and Wesson, Model 5906, 9 mm pistol;
>
> 2.) a Smith and Wesson, Model 60, .357 Magnum revolver; and
>
> 3.) a Leinad, Model PM11, 9mm firearm.

C. If any of the property described in this forfeiture allegation, as a result of any act or

omission of the defendant:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred, sold to, or deposited with a third person;

    (3)    has been placed beyond the jurisdiction of the court;

    (4)    has been substantially diminished in value; or,

    (5)    has been commingled with other property which cannot be divided without

difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described above.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Tommie Brown Hardwick
Assistant United States Attorney

_____
Matthew W. Shepherd
Assistant United States Attorney