# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
|       vs. ) | Case No. 2:08-cr-57-MEF-SRW |
| ) | |
| DOUGLAS EUGENE MARTIN, ) | |
| ) | |
|     Defendant. ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned attorney, and enter his name as the attorney of record for the Defendant in the above styled cause.

> s/ DAVID S. LUKER
> ASB-6647-E32D
> DavidL@LukerLawPC.com
> ATTORNEY FOR THE DEFENDANT
> 2205 Morris Avenue
> Birmingham, AL 35203
> (205) 251-6666
> (205) 323-3240

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Assistant U.S. Attorney Tommie Brown Hardwick
Assistant U.S. Attorney Matthew W. Shepherd

> S/ DAVID S. LUKER
> ATTORNEY FOR THE DEFENDANT