# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:08-cr-57-MEF-SRW |
| ) | |
| DOUGLAS EUGENE MARTIN, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned attorney, and enters her name as co-counsel and co-attorney of record with Attorney David S. Luker who has also filed a Notice of Appearance for the Defendant in the above styled cause.

s/ KATHERINE P. LUKER
ASB-6647-E32D
KathyL@LukerLawPC.com
ATTORNEY FOR THE DEFENDANT
2205 Morris Avenue
Birmingham, AL 35203
(205) 251-6666
(205) 323-3240

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Assistant U.S. Attorney Tommie Brown Hardwick
Assistant U.S. Attorney Matthew W. Shepherd

S/ KATHERINE P. LUKER
ATTORNEY FOR THE DEFENDANT