13. Interviews with a number of witnesses have been conducted, and matters have been investigated related to the allegations and statements testified to by the case agent at the detention hearing.

14. Defendant moves this Honorable Court for an opportunity to present testimony and evidence to the Court which the Defendant avers is relevant to reconsideration of the issue of bond.

WHEREFORE, above premises considered, Defendant respectfully moves this Honorable Court to conduct a hearing, and allow the Defendant to present additional and relevant evidence to the Court for reconsideration on bond.



MOTION DENIED
THIS 11 DAY OF April 11
UNITED STATES MAGISTRATE JUDGE

s/ DAVID S. LUKER
**ASB-6647-E32D**
DavidL@LukerLawPC.com
ATTORNEY FOR THE DEFENDANT
2205 Morris Avenue
Birmingham, AL 35203
(205) 251-6666
(205) 323-3240

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of April, the above and foregoing Motion for Reconsideration was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Assistant U.S. Attorney Tommie Brown Hardwick
Assistant U.S. Attorney Matthew W. Shepherd

S/ DAVID S. LUKER
ATTORNEY FOR THE DEFENDANT