IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08cr57-MEF |
| | ) | |
| DOUGLAS EUGENE MARTIN | ) | |

**ORDER**

Upon consideration of defendant's motion to suppress (Doc. # 12) filed April 10, 2008, and for good cause, it is

ORDERED that the suppression hearing is scheduled for 9:00 a.m. on June 12, 2008 courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If defendant is in custody, the United States Marshal is DIRECTED to produce defendant for the hearing.

The Clerk of the Court is DIRECTED to provide a court reporter for the hearing.

DONE, this 16th day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE