IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cr-057-MEF |
| | ) | |
| DOUGLAS EUGENE MARTIN | ) | |

## **O R D E R**

Upon consideration of defendant's Motion to Revoke or Amend the Magistrate's Pretrial Detention Order and Magistrate's Denial of Defendant's Motion for Reconsideration of Bond (Doc. #18) filed on April 16, 2008 and the Motion to Continue Hearing (Doc. # 20) filed on April 18, 2008, it is hereby

ORDERED that the motion is set for hearing on **April 28, 2008 at 2:00 p.m.** in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama. It is further ORDERED that the hearing previously set on April 23, 2008 at 9:00 a.m. is CANCELLED.

DONE this the 21st day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE