IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cr-57-MEF |
| | ) | |
| DOUGLAS EUGENE MARTIN | ) | |

# **O R D E R**

It is hereby ORDERED that the hearing on Defendant's Motion to Revoke or Amend the Magistrate's Pretrial Detention Order and Magistrate's Denial of Defendant's Motion for Reconsideration of Bond (Doc. #18) set for April 28, 2008 is rescheduled for May 15, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 29th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE