IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
     )
v.     )     CR. NO. 2:08cr57-MEF
     )
DOUGLAS EUGENE MARTIN     )

## ORDER

For good cause, it is

ORDERED that the suppression hearing previously scheduled for 9:00 a.m. on June 12, 2008 be and hereby is **rescheduled for 9:00 a.m. on June 9, 2008** in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If defendant is in custody, the United States Marshal is DIRECTED to produce defendant for the hearing.

The Clerk of the Court is DIRECTED to provide a court reporter for the hearing.

DONE, this 6th day of May, 2008.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE