IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08cr57-MEF |
| | ) | |
| DOUGLAS EUGENE MARTIN | ) | |

## **ORDER**

On the request of counsel and for good cause, it is

ORDERED that the suppression hearing previously scheduled for 9:00 a.m. on June 9, 2008 be and hereby is **rescheduled for 9:00 a.m. on June 16, 2008** in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If defendant is in custody, the United States Marshal is DIRECTED to produce defendant for the hearing.

The Clerk of the Court is DIRECTED to provide a court reporter for the hearing.

DONE, this 9th day of May, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE