IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 2:08CR57-MEF |
| | ) | |
| DOUGLAS EUGENE MARTIN | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for _____July 9, 2008,_____ in the above-styled cause.

You are DIRECTED to produce the following named prisoner:

DOUGLAS EUGENE MARTIN

before the United States District Court at _____One Church Street, Montgomery, AL

in Courtroom 5-A on the _9th_ Day of _____July, 2008_____

at _____10:00 a.m._____

DONE this 27th day of June, 2008.

SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE

By: _/s/ Kell Gress_
Deputy Clerk