## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 2:08-cr-57-MEF-SRW** |
| | ) | |
| **DOUGLAS EUGENE MARTIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO CONTINUE

Comes now the Defendant, by and through undersigned counsel, and moves this Honorable Court to enter an Order granting a continuance in the above styled cause, and as grounds, therefore states as follows:

1.      Trial in this matter is currently set for July 28, 2008.

2.      On Friday, June 27, 2008 the grand jury returned a superseding indictment against the Defendant.

3.      Because of these new charges, and the complexity of the issues involved, it is impractical and impossible for the Defendant to be prepared for trial on July 28, 2008.

4.      Attorney for the Defendant, David S. Luker, has discussed this matter with Assistant United States Attorney Matthew Shepherd, who has advised that he has no objection to this matter being continued.

WHEREFORE, above premises considered, Defendant respectfully moves this Honorable Court to enter an Order granting a continuance in the above styled cause.

s/ DAVID S. LUKER
**ASB-6647-E32D**
DavidL@LukerLawPC.com
ATTORNEY FOR THE DEFENDANT
2205 Morris Avenue
Birmingham, AL 35203
(205) 251-6666
(205) 323-3240 – fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July 2008, the above and foregoing Motion to Continue was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Assistant U.S. Attorney Tommie Brown Hardwick
Assistant U.S. Attorney Matthew W. Shepherd

S/ DAVID S. LUKER
ATTORNEY FOR THE DEFENDANT