IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cr-57-MEF |
| | ) | |
| DOUGLAS EUGENE MARTIN | ) | |

# **O R D E R**

It is hereby ORDERED that this case is set for jury selection and trial on September 15, 2008 at 10:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

The Magistrate Judge shall conduct a pretrial conference prior to the September 15, 2008 trial.

DONE this the 15th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE