IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08cr057-MEF |
| | ) | |
| DOUGLAS EUGENE MARTIN | ) | |

**MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHALS
TO RELEASE CUSTODY OF PRISONER**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshals, Middle District of Alabama, to release from their custody Douglas Eugene Martin into the custody of ATF Special Agents Jennifer Rudden, Will Penoke, Tim Fitzpatrick, Theron Jackson or other authorized DEA Agents from September 2, 2008, through December 31, 2008, so that said Agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. The Government further moves the Court to enter an order directing Agents Rudden, Penoke, Fitzpatrick, Jackson or other authorized ATF Agents to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 28th day of August, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/ Nathan D. Stump*
NATHAN D. STUMP
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104-3429
Tel: (334) 223-7280
Fax: (334) 223-7135
Email: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:08cr057-MEF |
| ) | |
| DOUGLAS EUGENE MARTIN ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all counsel of record, including David S. Luker, Esq., counsel for defendant.

Respectfully submitted,

*/s/Nathan D. Stump*
NATHAN D. STUMP
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104-3429
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: nathan.stump@usdoj.gov

2