IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08cr57-MEF |
| | ) | |
| DOUGLAS EUGENE MARTIN | ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner (Doc. # 45), filed on August 28, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Douglas Eugene Martin from September 2, 2008, through December 31, 2008, so that Jennifer Rudden, Will Penoke, Tim Fitzpatrick, and/or Theron Jackson, can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that any Jennifer Rudden, Will Penoke, Tim Fitzpatrick and/or Theron Jackson shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 28th day of August, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE