IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08-cr-57-MEF |
| | ) | |
| DOUGLAS EUGENE MARTIN | ) | |

## MOTION FOR ORDER DIRECTING THE UNITED STATES
## MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Douglas Eugene Martin into the custody of Theron Jackson, ATF, and/or Will Panoke, ATF, and/or Jennifer Rudden, ATF, and/or Tim Fitzpatrick, ATF, from September 2, 2008, through December 2, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  We further move the Court to enter an order directing Theron Jackson, ATF, and/or Will Panoke, ATF, and/or Jennifer Rudden, ATF, and/or Tim Fitzpatrick, ATF, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 29th day of August, 2008.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:08-cr-57-MEF |
| | ) |
| DOUGLAS EUGENE MARTIN | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all parties involved.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08-cr-57-MEF |
| | ) | |
| DOUGLAS EUGENE MARTIN | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner filed on August 29, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Douglas Eugene Martin, from September 2, 2008, through December 2, 2008, so that Theron Jackson, ATF, and/or Will Panoke, ATF, and/or Jennifer Rudden, ATF, and/or Tim Fitzpatrick, ATF, can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Theron Jackson, ATF, and/or Will Panoke, ATF, and/or Jennifer Rudden, ATF, and/or Tim Fitzpatrick, ATF, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this _____ day of August, 2008.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE