IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | CASE NO. 2:08-CR-57-MEF |
| | ) | |
| DOUGLAS EUGENE MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION REQUESTING THE ISSUANCE OF SUBPOENA
OR WRITS AD TESTIFICANDUM PURSUANT TO LOCAL
RULE OF THE MIDDLE DISTRICT 45.1**

Comes now the Defendant, by and through undersigned counsel and moves this Honorable Court, pursuant to local Rule 45.1, to cause the issuance of subpoenas or writs ad testificandum pursuant to this rule for the below named individuals compelling their attendance in court in the above styled cause beginning Monday, September 15, 2008 through the end of trial if necessary, and request that they be served by the United States Marshals Service.

1. Lorenzo Rainer (aka Reno Rainer), federal inmate
   Autauga County Jail in Prattville, AL in federal custody

2. James Allen Gibson, federal inmate
   Federal custody Montgomery City Jail, Montgomery, AL or
   Autauga County Jail in Prattville, AL

3. David Harold Stokes, federal inmate
   Federal custody Montgomery City Jail, Montgomery, AL or
   Autauga County Jail in Prattville, AL

4. Darrell Gamble, federal inmate
   Federal custody Montgomery City Jail, Montgomery, AL or
   Autauga County Jail in Prattville, AL

All are federal inmates in the custody of the U.S. Marshal, Middle District of Alabama.

>s/ DAVID S. LUKER
>ATTORNEY FOR DEFENDANT
>ASB-6647-E32D
>2205 Morris Avenue
>Birmingham, AL 35203
>(205) 251-6666
>(205) 323-3240 – fax
>DavidL@LukerLawPC.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2008, the above and foregoing was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record including AUSA Matthew Shepherd, and AUSA Nathan Stump.

>s/ DAVID S. LUKER