# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,        )
                                        )
      Plaintiff,                 )
                                        )
        vs.                   )      Case No. 2:08-cr-57-MEF-SRW
                                        )
DOUGLAS EUGENE MARTIN,         )
                                        )
      Defendant.             )

## DEFENDANT'S MOTION TO WITHDRAW REQUEST FOR ISSUANCE OF SUBPOENAS OR WRITS AD TESTIFICANDUM

Comes now the Defendant, by and through undersigned counsel, and moves this Honorable Court respectfully requests that Document #51 (Motion Requesting the Issuance of Subpoena or Writs Ad Testificandum) be withdrawn, and as grounds, therefore states as follows:

1.     At the time the request for issuance of subpoenas or writs ad testificandum was filed, the trial in the above styled cause was set for September 15, 2008.

2.     Defendant has been advised that the trial has been continued, thus the request for subpoenas for that date is now moot.

                                 s/ DAVID S. LUKER
                                 **ASB-6647-E32D**
                                 DavidL@LukerLawPC.com
                                 ATTORNEY FOR THE DEFENDANT
                                 2205 Morris Avenue
                                 Birmingham, AL 35203
                                 (205) 251-6666
                                 (205) 323-3240 – fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of September 2008, the above and foregoing was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Assistant U.S. Attorney Tommie Brown Hardwick
Assistant U.S. Attorney Matthew W. Shepherd

S/ DAVID S. LUKER
ATTORNEY FOR THE DEFENDANT