IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:08-cr-57-MEF-SRW |
| | ) |
| DOUGLAS EUGENE MARTIN, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION TO WITHDRAW REQUEST FOR ISSUANCE OF SUBPOENAS OR WRITS AD TESTIFICANDUM

Comes now the Defendant, by and through undersigned counsel, and moves this Honorable Court respectfully requests that Document #51 (Motion Requesting the Issuance of Subpoena or Writs Ad Testificandum) be withdrawn, and as grounds, therefore states as follows:

1. At the time the request for issuance of subpoenas or writs ad testificandum was filed, the trial in the above styled cause was set for September 15, 2008.

2. Defendant has been advised that the trial has been continued, thus the request for subpoenas for that date is now moot.

**MOTION GRANTED**

THIS 3rd DAY OF September, 2008

UNITED STATES MAGISTRATE JUDGE

s/ DAVID S. LUKER
ASB-6647-E32D
DavidL@LukerLawPC.com
ATTORNEY FOR THE DEFENDANT
2205 Morris Avenue
Birmingham, AL 35203
(205) 251-6666
(205) 323-3240 – fax